IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KIMBERLAND DENISE SHELTON     PLAINTIFF

v.     CIVIL ACTION NO. 1:24-cv-048-GHD-RP

DEBRA FOSTER     DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, being advised of an agreement between the parties, hereby dismisses the Plaintiff's complaint in this matter with prejudice.

So ordered, this the 10th day of December, 2024.

_____
SENIOR U.S. DISTRICT JUDGE

AGREED:

/s/ Mark T. Jackson
Mark T. Jackson
Miss. Bar No. 102892
TOMPKINS LAW FIRM
*Attorney for Plaintiff Kimberland Denise Shelton*

/s/ Ashlyn B. Matthews
Ashlyn B. Matthews
Miss. Bar No. 104424
Charles E. Winfield
Miss. Bar No. 10588
THE WINFIELD LAW FIRM, P.A.
*Attorney for Defendant Debra Foster*